UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT UNIQUE HAINES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:09CV191 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 3rd day of February, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE